UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHRISTOPHER JAMES DAWSON,

Petitioner,

v.

DAVID CRIST, Warden,

Respondent.

Civil No. 02-295 (DSD/FLN)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner has filed a petition for a writ of habeas corpus claiming that he is being unlawfully incarcerated at the Minnesota Correctional Facility at Stillwater, Minnesota. (Docket No. 1.)

Respondent is directed to make a return in writing within 20 days from the date of this order, certifying the true cause of Petitioner's detention and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's incarceration;

2. A reasoned memorandum of law and fact fully stating Respondent's position on the issues raised in the petition, as well as Respondent's recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition in the light of the requirements of federal statutes and other pertinent authority;

3. A certified copy of such of the following as may be material to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if Petitioner pleaded guilty, a transcript of the proceedings at which he pleaded guilty.

FILED 2-7-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD

Respondent's return should specifically address the issue of whether all of Petitioner's claims are based on alleged violations of his rights under federal law or the Constitution. The return should also specifically address the issue of whether all of Petitioner's current constitutional claims have been fairly presented to, and decided on the merits by, the Minnesota Supreme Court, and if not, whether there are any state court remedies still available for any such claims that have not been so presented and decided. If Respondent contends that any of Petitioner's constitutional claims have been procedurally defaulted, then the return should also address the issue of whether Petitioner has shown cause and prejudice, or new evidence demonstrating his actual innocence, that could excuse his default. See Coleman v. Thompson, 501 U.S. 722, 750 (1991).

Absent compliance with this order within the 20 day time period, the Court will entertain a motion to grant the relief prayed for in said petition.

Dated: February 7, 2002

Franklin L Noel

FRANKLIN L. NOEL
Chief Magistrate Judge