# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Christopher James Dawnson

Case No. Civil 02-295 DSD/FLN

v.

**JUDGMENT IN A CIVIL CASE**

David Crist, Warden

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Christopher James Dawson's Petition for Writ of Habeas Corpus is denied;

2. Petitioner's Motion to Stay Proceedings is denied as moot.

DATE: August 30 ,2003

RICHARD D. SLETTEN, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

9